**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

MICHELLE EDWARDS,

> Plaintiff,

> -against-

THOMSON REUTERS (TAX & ACCOUNTING)
INC.,

> Defendant.

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 5 2020
```

19 **CIVIL** 93 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated May 5, 2020, Defendant's motion to dismiss is

GRANTED and Edward's request for leave to amend is DENIED.

**Dated:** New York, New York

> May 5, 2020

**RUBY J. KRAJICK**

**BY:**

_____
**Clerk of Court**

_____
**Deputy Clerk**