**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHELLE EDWARDS,

                        Plaintiff,

       -against-                                        19 **CIVIL** 93 (ER)

                                                        **JUDGMENT**

THOMSON REUTERS (TAX & ACCOUNTING)
INC.,

                        Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2022, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

           March 14, 2022

                                                        **RUBY J. KRAJICK**

                                                          Clerk of Court

                                    **BY:**

                                                           **Deputy Clerk**